# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | §  CRIMINAL COMPLAINT |
| vs. | §  CASE NUMBER: DR:22-M -01718(1) |
| | § |
| (1) Erick Ricardo Zamarripa-Corona | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **July 20, 2022** in **Dimmit** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, knowing or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, transports, or moves or attempts to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"On July 20, 2022, defendant Erick Zamarripa-Cornona, a Mexican citizen, was arrested near Big Wells, Texas, within the Western District of Texas, for transporting eight illegal aliens further into the United States. Dimmit County Sheriff's Office requested Agents to assist with a suspected alien smuggling event discovered on a vehicle stop for a moving violation*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

_L. Melton_  
Signature of Complainant  
Melton, Lance T.  
Border Patrol Agent

07/25/2022          at    DEL RIO, Texas  
File Date                              City and State

VICTOR ROBERTO GARCIA  
UNITED STATES MAGISTRATE JUDGE        Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.  Case Number: DR:22-M-01718(1)

(1) Erick Ricardo Zamarripa-Corona

**Continuation of Statement of Facts:**

on Highway 85. Agents arrived and conducted immigration inspections and determined the defendant/driver and eight of his nine passengers were foreign nationals illegally present in the United States. In a sworn statement, the defendant admitted to making arrangements with a woman named Senora to pick up illegal aliens at coordinates she provided. The defendant was to be paid between $8000-$13000 USD to drive them to Austin, Texas."

_____  _____
Signature of Judicial Officer             Signature of Complainant